FLORENCE POPKIN, Respondent, v. MATTHEW VIERENGEL, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October, 1926, term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SCHULTE, Appellant.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. .

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.— Motion to direct warden of prison to produce appellant on argument of appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FRANK H. RICHMOND, Appellant, v. JAMES LEIGH RICHMOND, Defendant, Impleaded with WILLIAM B. RICHMOND, etc.— Motion to dismiss appeal granted, with ten dollars costs; appellant to have ten days from the entry of the order hereon to serve amended complaint as required by the order appealed from. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

RITA ROSE, Appellant, v. JAMES MONTGOMERY, Respondent.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

RUDOLPH FEUEREISEN REALTY CORPORATION, Respondent, v. CHARLES BRANDT, JR., as Administrator, etc., Defendant.   LEO FEUEREISEN and Others, Appellants, and Others, Defendants.— Motion to amend order granted to the extent of providing that respondent recover costs against defendants Leo Feuereisen, Jeanette Kurinsky and Yetta Feuereisen only.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.   Settle order on notice.

GEORGE W. SHEARER and THOMAS F. O'LOUGHLIN, Appellants, v. WALLKILL COUNCIL No. 92, JR. O. U. A. M., Inc., and Others, Respondents.— Motion for reargument granted.   Case added to present calendar, to be argued when reached.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. [See ante, p. 745.]

IRVING STEINBERG, Respondent, v. PHILIP R. LEVINE, Appellant.— Motion to vacate order dismissing appeal denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FLORENCE TENZER, Appellant; v. THEODORE H. TENZER, Respondent.— Motion for stay denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THOMAS W. WOOD'S SONS, INC., Respondent, v. AUGUSTA MESSENGER and Others, Appellants.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FREDERICK C. VANDERPOOL, Respondent, v. SAMUEL GOLDBERG, Appellant.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ABRAHAM R. ZALDIN, Appellant, v. HOME FIRE AND MARINE INSURANCE COMPANY, Respondent.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.